**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6189**

———————

JIMMIE HUGENE WOODSON, SR.,

Plaintiff - Appellant,

versus

GOVERNOR JIM GILMORE; WARDEN ALTON
BASKERVILLE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-00-952-2)

———————

Submitted:  March 9, 2001          Decided:  March 20, 2001

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Jimmie H. Woodson, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmie H. Woodson, Sr., seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. See Woodson v. Gilmore, No. CA-00-952-2 (E.D. Va. Jan. 23, 2001). Furthermore, we find this appeal frivolous for purposes of 28 U.S.C.A. § 1915(e)(2), (g) (West Supp. 2000). We deny Woodson's motions for release from incarceration, his motion for transfer, and his motion to dismiss counsel appointed by the State of Virginia. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2